No. 10–113. RIVERA-MARTINEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Freeman* v. *United States*, *ante*, p. 522. 

No. 10–250. DOW CHEMICAL CANADA ULC *v.* FANDINO ET AL. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *J. McIntyre Machinery, Ltd.* v. *Nicastro, ante*, p. 873.

No. 10–984. IMS HEALTH INC. ET AL. *v.* SCHNEIDER, ATTORNEY GENERAL OF MAINE. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sorrell* v. *IMS Health Inc.*, *ante*, p. 552. 

No. 10–5479. BARBA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist.; and
No. 10–6278. DILBOY *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Bullcoming* v. *New Mexico, ante*, p. 647.

No. 10–6258. CARRIGAN *v.* UNITED STATES. C. A. 3d Cir.;
No. 10–7139. CEPEDA *v.* UNITED STATES. C. A. 1st Cir.; and
No. 10–7565. SYLVESTER *v.* UNITED STATES. C. A. 3d Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Freeman* v. *United States*, *ante*, p. 522.